**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TARA BATISTA,

    Plaintiff,

v.                                      Case No: 8:14-cv-2909-T-30TGW

WALGREENS CO.,

    Defendant.

_____

**ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation of Dismissal (Dkt. #27). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of July, 2015.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record